MABEL E. McLEAN, Appellant, v. WILLIAM McKINLEY, Respondent.

Argued April 20, 1954; decided May 27, 1954.

*Jacob Bachkoff* and *Edgar P. Feeley* for appellant.

*Harold V. McCoy* for respondent.

Judgment of Appellate Division reversed and case remitted to that court for determination of the questions of fact, without costs to either party. (Civ. Prac. Act, § 602.) No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.